# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

November 11, 2025

**By ECF**
Hon. Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

      Re:    <u>Sanai Ocampo Lara et al v. Dahiya Development LLC et al.</u>
              2:25-cv-05338-AYS

Your Honor:

    This firm represents Plaintiffs in the above-referenced action. We write to inform the Court that Defendants' counsel consents to the amendment of the complaint to include additional defendants to this action. The additional defendants are subcontractors and sub-subcontractors that allegedly employed the Plaintiffs.

    We thank the Court for its time and attention to this matter.

                                                      Respectfully submitted,

                                        By:   <u>/s/ Robert Jun</u>
                                                   Robert Jun, Esq.
                                                   60 East 42nd Street, Suite 4510
                                                   New York, New York 10165
                                                   Telephone: (212) 317-1200
                                                 Facsimile: (212) 317-1620
                                                 *Attorneys for Plaintiffs*